UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DALE L. BRADLEY,

                Petitioner,

    v.

JASON BENNETT,

                Respondent.

Case No. C24-1391-JCC-SKV

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

      This is a federal habeas action under 28 U.S.C. § 2254.  Petitioner has submitted an application seeking leave to proceed with this action *in forma pauperis*.  Petitioner's application demonstrates that he is unable to afford the $5.00 filing fee.  Petitioner's application to proceed *in forma pauperis*, Dkt. 1, is therefore GRANTED.  The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees.  The Clerk is further directed to send a copy of this Order to petitioner.

      Dated this 13th day of September, 2024.

                                            S. KATE VAUGHAN
                                            United States Magistrate Judge