UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE L. BRADLEY, | |
| Petitioner, | Case No. C24-1391-JCC-SKV |
| v. | ORDER OF DISMISSAL |
| JASON BENNETT, | |
| Respondent. | |

Having reviewed the unobjected to Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge and the remaining record, the Court finds and ORDERS:

(1)   The Court ADOPTS the Report and Recommendation.

(2)   Petitioner's petition for writ of habeas corpus is DENIED without an evidentiary hearing, and this action is DISMISSED without prejudice for failure to exhaust administrative remedies.

(3)   In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

\\

ORDER OF DISMISSAL - 1

(4)  The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 17th day of December, 2024.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2